UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| PERRY VICKERS | ) | Civil Action No. 1:23-cv-00527-TJM-ML |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | Hon. Thomas J. McAvoy |
| v. | ) | Senior United States District Judge |
| | ) | |
| COMMISSIONER OF | ) | Hon. Miroslav Lovric |
| SOCIAL SECURITY | ) | United States Magistrate Judge |
| *Defendant.* | ) | |

## Parties' Stipulation for Remand

The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the Acting Commissioner will offer Plaintiff the opportunity for a hearing, take further action to complete the administrative record, and issue a new decision. The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Kilolo Kijakazi, | Perry Vickers, |
| By Her Attorneys | By His Attorney |
| Carla B. Freedman, | |
| United States Attorney | |
| | |
| /s/ Geoffrey M. Peters | /s/ Stephen R. Dolson [1] |
| Geoffrey M. Peters | Stephen R. Dolson |
| Special Assistant United States Attorney | The Law Offices of |
| NDNY Bar Roll No. 704027 | Steven R. Dolson PLLC |
| Office of Program Litigation, Office 2 | 6320 Fly Road - Suite 201 |

---

[1] Signed with consent obtained by email by Special Assistant United States Attorney Geoffrey M. Peters.

Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
(212) 264-1298
Geoffrey.Peters@ssa.gov

East Syracuse, NY 13057
Tel.: 315-423-3328
sdolson@dolsonattorneys.com

**IT IS SO ORDERED.**
DATED: 8/2/2023

_Thomas J. McAvoy_
Hon. Thomas J. McAvoy, Senior U.S.D.J.