# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Perry Vickers**
    Plaintiff(s)

  vs.           CASE NUMBER: 1:23-cv-527 (TJM/ML)

**Commissioner of Social Security**
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER on STIPULATION FOR REMAND: The parties stipulate that the Acting Commissioner's final decision be reversed and that this action be remanded to the Acting Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. Section 405(g).

All of the above pursuant to the order of the Honorable **Thomas J. McAvoy**, dated August 2, 2023.

DATED: August 3, 2023

*[signature]*
Clerk of Court

s/Kathy Rogers
Deputy Clerk